| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | TYLER B. PON<br>Supervising Deputy Attorney General |
| 3 | WILFRED FONG<br>Deputy Attorney General |
| 4 | State Bar No. 154303<br> 1515 Clay Street, 20th Floor |
| 5 |  P.O. Box 70550<br> Oakland, CA  94612-0550 |
| 6 |  Telephone:  (510) 622-2114<br> Fax:  (510) 622-2121 |
| 7 |  E-mail:  Wil.Fong@doj.ca.gov<br>*Attorneys for Defendants OWEN, DEISE,* |
| 8 | *MINES AND HENDERSON* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LU HUANG AND CHIH YU CHENG,**<br><br>                                      Plaintiffs,<br><br>v.<br><br>**COUNTY OF ALAMEDA, A GOVERNMENTAL ENTITY, GREGORY J. AHERN, IN HIS CAPACITY AS SHERIFF OF COUNTY OF ALAMEDA; TODD A. OWEN, AS AN INDIVIDUAL; OFFICER DEISE, AS AN INDIVIDUAL; OFFICER MINES, AS AN INDIVIDUAL; OFFICER HENDERSON, AS AN INDIVIDUAL; AND DOES 1 THROUGH 25,**<br><br>                                      Defendants. | C11-01984 TEH<br><br>**REQUEST BY CHP DEFENDANTS TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE [LOCAL RULE 16-10(a)]**<br><br>Date:          September 19, 2011<br>Time:          1:30 p.m.<br>Courtroom: 12, 19th Floor<br>Judge:         Hon. Thelton E. Henderson<br>Address:     San Francisco Courthouse<br>                   450 Golden Gate Ave.<br>                   San Francisco, CA 94102<br><br>Trial Date   TBA<br>Action Filed:   April 22, 2011 |

TO THE HONORABLE THELTON E. HENDERSON, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

Defendants CHP Officers Owens, Deise, Mines and Henderson hereby respectfully request that their attorney of record appear at the Case Management Conference scheduled for September

1

1 | 19, 2011, at 1:30 p.m. by telephone in order to save on the cost of travel.

2 |     This request is made, filed and served at least 7 days before the conference in compliance
3 | with Local Rule 16-10(a).

4 | Dated:  September 12, 2011     Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

*/s/ WIL FONG*

_____
WIL FONG
Deputy Attorney General
*Attorneys for Defendants OWEN, DEISE, MINES and HENDERSON*

OK2011900392
10750806.doc