UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LU HUANG and CHIH YU CHENG,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff of COUNTY OF ALAMEDA; TODD A. OWEN, as an individual; Officer DEISE, as an individual; Officer MINES, as an individual; Officer HENERSON, as an individual; AMANDEEP SINGH, as an individual and in his capacity as an employee of COUNTY OF ALAMEDA; E. SNOEY as an individual and in his capacity as an employee of COUNTY OF ALAMEDA; AURA BELASCO as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; EMILEE PETROMILLI as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; JENNY C. as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; and DOES 1 through 25,<br><br>    Defendants. | Case No.:  3:11-cv-01984 TEH<br><br>**[PROPOSED] ORDER RE REQUEST OF DEFENDANTS COUNTY OF ALAMEDA AND SHERIFF GREGORY J. AHERN TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE [LOCAL RULE 16-10(A)]**<br><br>**\*DENIED\***<br><br>Conference Date: September 19, 2011<br>Time:  1:30 p.m.<br>Courtroom:  12<br>Hon. Thelton E. Henderson<br><br>Action Filed:  April 22. 2011 |

    Pursuant to Local Rule 16-10(a), Defendants COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN are hereby granted their request for their attorney of record to participate in the

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1  Case Management Conference scheduled for September 19, 2011, at 1:30 p.m., by telephone.

2      IT IS SO ORDERED.

4  Dated: _____

7      Honorable THELTON E. HENDERSON
    Judge, United States District Court



9/13/2011
DENIED
Judge Thelton E. Henderson

2

{00075829.DOC/}RMS 0964      HUANG, et al. v. COUNTY OF ALAMEDA, et al.
[PROPOSED] ORDER RE APPEARANCE AT CMC BY TELEPHONE      3:11-cv-01984-TEH

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION