1
2
3
4
5
6
7

<div style="margin-left: auto; margin-right: auto; text-align: center;">

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

</div>

11

| | |
|---|---|
| LU HUANG and CHIH YU CHENG, | Case No.: 3:11-cv-01984 TEH |
| Plaintiffs, | **[PROPOSED] ORDER RE REQUEST OF DEFENDANTS COUNTY OF ALAMEDA AND SHERIFF GREGORY J. AHERN TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE [LOCAL RULE 16-10(A)]** |
| v. | |
| COUNTY OF ALAMEDA, a governmental entity; GREGORY J. AHERN, in his capacity as Sheriff of COUNTY OF ALAMEDA; TODD A. OWEN, as an individual; Officer DEISE, as an individual; Officer MINES, as an individual; Officer HENERSON, as an individual; AMANDEEP SINGH, as an individual and in his capacity as an employee of COUNTY OF ALAMEDA; E. SNOEY as an individual and in his capacity as an employee of COUNTY OF ALAMEDA; AURA BELASCO as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; EMILEE PETROMILLI as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; JENNY C. as an individual and in her capacity as an employee of COUNTY OF ALAMEDA; and DOES 1 through 25, | ***DENIED*** |
| | Conference Date:  September 19, 2011<br>Time:  1:30 p.m.<br>Courtroom:  12<br>Hon. Thelton E. Henderson |
| | Action Filed:  April 22. 2011 |
| Defendants. | |

Pursuant to Local Rule 16-10(a), Defendants COUNTY OF ALAMEDA and SHERIFF GREGORY J. AHERN are hereby granted their request for their attorney of record to participate in the

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1   Case Management Conference scheduled for September 19, 2011, at 1:30 p.m., by telephone.

2       IT IS SO ORDERED.

4   Dated:



_____
Hono_____ON
Judge_____ourt

Judge Thelton E. Henderson
United States District Court
9/13/2011
DENIED

2

{00075829.DOC/}RMS 0964      HUANG, et al. v. COUNTY OF ALAMEDA, et al.
[PROPOSED] ORDER RE APPEARANCE AT CMC BY TELEPHONE      3:11-cv-01984-TEH

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION