1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  WILFRED FONG
   Deputy Attorney General
4  State Bar No. 154303
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2114
    Fax:  (510) 622-2121
7   E-mail:  Wil.Fong@doj.ca.gov
   *Attorneys for Defendants OWEN, DEISE,*
8  *MINES AND HENDERSON*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LU HUANG AND CHIH YU CHENG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, A GOVERNMENTAL ENTITY, GREGORY J. AHERN, IN HIS CAPACITY AS SHERIFF OF COUNTY OF ALAMEDA; TODD A. OWEN, AS AN INDIVIDUAL; OFFICER DEISE, AS AN INDIVIDUAL; OFFICER MINES, AS AN INDIVIDUAL; OFFICER HENDERSON, AS AN INDIVIDUAL; AND DOES 1 THROUGH 25,<br><br>Defendants. | C11-01984 TEH<br><br>**(Proposed) ORDER GRANTING REQUEST BY CHP DEFENDANTS TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE [LOCAL RULE 16-10(a)]**<br><br>**\*DENIED\***<br><br>Date:         September 19, 2011<br>Time:        1:30 p.m.<br>Courtroom: 12, 19th Floor<br>Judge:       Hon. Thelton E. Henderson<br>Address:    San Francisco Courthouse<br>                  450 Golden Gate Ave.<br>                  San Francisco, CA 94102<br><br>Trial Date   TBA<br>Action Filed:  April 22, 2011 |

Pursuant to Local Rule 16-10(a), the request by Defendants CHP Officers Owen, Deise, Mines and Henderson for their attorney of record to appear and participate by telephone in the Case Management Conference scheduled for September 19, 2011, at 1:30 p.m. is GRANTED.

1  IT IS SO ORDERED.

2  Dated:

   _____
   Hon. THELTON E. HENDERSON
   Judge, United States District Court

   **DENIED**
   9/13/2011
   *[signature]*
   Judge Thelton E. Henderson

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

   OK2011900392
   10750818.doc

(Proposed) Order Granting Telephonic Appearance at CMC by CHP Defendants  (C11-01984)