1    KAMALA D. HARRIS
     Attorney General of California
2    TYLER B. PON
     Supervising Deputy Attorney General
3    WILFRED FONG
     Deputy Attorney General
4    State Bar No. 154303
       1515 Clay Street, 20th Floor
5      P.O. Box 70550
       Oakland, CA  94612-0550
6      Telephone:  (510) 622-2114
       Fax:  (510) 622-2121
7      E-mail:  Wil.Fong@doj.ca.gov
     *Attorneys for Defendants OWEN, DEISE,*
8    *MINES AND HENDERSON*

9

                         IN THE UNITED STATES DISTRICT COURT
10

                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13   **LU HUANG AND CHIH YU CHENG,**                C11-01984 TEH

14                                   Plaintiffs,     **(Proposed) ORDER GRANTING
                                                     REQUEST BY CHP DEFENDANTS
15            v.                                     TO APPEAR BY TELEPHONE AT
                                                     THE INITIAL CASE MANAGEMENT
16                                                   CONFERENCE [LOCAL RULE 16-
                                                     10(a)]**
17   **COUNTY OF ALAMEDA, A GOVERNMENTAL                      *DENIED*
     ENTITY, GREGORY J. AHERN, IN HIS**
     **CAPACITY AS SHERIFF OF COUNTY OF**
18   **ALAMEDA; TODD A. OWEN, AS AN**                Date:       September 19, 2011
     **INDIVIDUAL; OFFICER DEISE, AS AN**            Time:       1:30 p.m.
19   **INDIVIDUAL; OFFICER MINES, AS AN**            Courtroom:  12, 19th Floor
     **INDIVIDUAL; OFFICER HENDERSON, AS AN**        Judge:      Hon. Thelton E. Henderson
20   **INDIVIDUAL; AND DOES 1 THROUGH 25,**          Address:    San Francisco Courthouse
                                                                 450 Golden Gate Ave.
21                                   Defendants.                 San Francisco, CA 94102

22                                                   Trial Date   TBA
                                                     Action Filed:  April 22, 2011
23

24

25           Pursuant to Local Rule 16-10(a), the request by Defendants CHP Officers Owen, Deise,

26   Mines and Henderson for their attorney of record to appear and participate by telephone in the

27   Case Management Conference scheduled for September 19, 2011, at 1:30 p.m. is GRANTED.

28

                                                1

1    IT IS SO ORDERED.

2    Dated:

        DENIED

        9/13/2011

        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA

        Judge Thelton E. Henderson

        Hon_____ERSON
        Judge_____ Court

9    OK2011900392
     10750818.doc

2

(Proposed) Order Granting Telephonic Appearance at CMC by CHP Defendants  (C11-01984)