1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| LU HUANG and CHIH YU CHENG, ) | Action No. C11-01984 TEH |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **[PROPOSED] COURT ORDER FOR DISMISSAL** |
| COUNTY OF ALAMEDA, a governmental entity; ) GREGORY J. AHERN, in his capacity as Sheriff of COUNTY OF ALAMEDA; TODD A. OWEN, ) as an individual; Officer DEISE, as an individual; Officer MINES, as an individual; Officer HEN- ) DERSON, as an individual; and DOES 1 through 25, ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

_____

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA, et al.*, C11-01984

Pursuant to stipulation of the parties:

IT IS HEREBY ORDERED THAT plaintiffs' claims against defendants Todd A. Owen, Officer Deise, Officer Mines, and officer Henderson are hereby DISMISSED from this action, without prejudice.

IT IS SO ORDERED.

Date: 02/13/2012

_____
Senior Judge Thelton E. Henderson

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA, et al.*, C11-01984