UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LU HUANG and CHIH YU CHENG, | ) | Action No.  C11-01984 TEH |
| Plaintiffs, | ) | |
| vs. | ) | |
| COUNTY OF ALAMEDA, a governmental entity; | ) | [PROPOSED] COURT ORDER FOR DISMISSAL |
| GREGORY J. AHERN, in his capacity as Sheriff of COUNTY OF ALAMEDA; TODD A. OWEN, | ) | |
| as an individual; Officer DEISE, as an individual; Officer MINES, as an individual; Officer HEN- | ) | |
| DERSON, as an individual; and DOES 1 through 25, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA, et al.,* C11-01984

Pursuant to stipulation of the parties:

IT IS HEREBY ORDERED THAT plaintiffs' claims against defendants Todd A. Owen, Officer

Deise, Officer Mines, and officer Henderson are hereby DISMISSED from this action, without pre-

judice.

IT IS SO ORDERED.

Date:   02/13/2012

Judge Thelton E. Henderson

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA, et al.*, C11-01984