1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10
11
12 LU HUANG and CHIH YU CHENG,      )    Action No. C11-01984 TEH
13 Plaintiffs,                      )
14 vs.                              )
                                         [~~PROPOSED~~] **COURT ORDER FOR**
15 COUNTY OF ALAMEDA, a governmental entity; )  **DISMISSAL**
   GREGORY J. AHERN, in his capacity as Sheriff
16 of COUNTY OF ALAMEDA; TODD A. OWEN, )
17 as an individual; Officer DEISE, as an individual;
   Officer MINES, as an individual; Officer HEN- )
18 DERSON, as an individual; and DOES 1 through
   25,                              )
19
20 Defendants.                      )
21                                  )
22                                  )
23                                  )
24                                  )
25
26
27 _____
28                    **COURT ORDER FOR DISMISSAL**
                  *HUANG v. COUNTY OF ALAMEDA*, *et al.*, C11-01984

1 | Pursuant to stipulation of the parties:

2 | IT IS HEREBY ORDERED THAT Plaintiffs' claims against all remaining defendants are hereby

3 | DISMISSED from this action, with prejudice.

6 | IT IS SO ORDERED.

7 | Date: 09/04/2012

_____
Senior [signature: Thelton Henderson]
Judge Thelton E. Henderson

---

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA*, et al., C11-01984