1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
11

12   LU HUANG and CHIH YU CHENG,            )   Action No.  C11-01984 TEH

13   Plaintiffs,                            )

14   vs.                                    )
                                                [PROPOSED] COURT ORDER FOR
15   COUNTY OF ALAMEDA, a governmental entity; )   DISMISSAL
     GREGORY J. AHERN, in his capacity as Sheriff
16   of COUNTY OF ALAMEDA; TODD A. OWEN,    )
     as an individual; Officer DEISE, as an individual;
17   Officer MINES, as an individual; Officer HEN-   )
     DERSON, as an individual; and DOES 1 through
18   25,                                    )

19
     Defendants.                            )
20
                                            )
21
                                            )
22
                                            )
23
                                            )
24
25
26
27   _____
28              **COURT ORDER FOR DISMISSAL**
                *HUANG v. COUNTY OF ALAMEDA*, *et al.*, C11-01984

1  Pursuant to stipulation of the parties:

2  IT IS HEREBY ORDERED THAT Plaintiffs' claims against all remaining defendants are hereby

3  DISMISSED from this action, with prejudice.

4

5

6  IT IS SO ORDERED.

7

8  Date:   09/04/2012

_____
Senior Judge Thelton E. Henderson

**COURT ORDER FOR DISMISSAL**
*HUANG v. COUNTY OF ALAMEDA*, et al., C11-01984